IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARY E. GATES,

    Plaintiff,

vs.                                    CASE NO. 4:07cv110-SPM/WCS

BOARD OF DIRECTORS OF THE
FLORIDA HIGH SCHOOL ATHLETIC
ASSOCIATION, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated May 16, 2007 (doc. 13).  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 13) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice for failure to prosecute and

failure to comply with court orders.

DONE AND ORDERED this 15th day of June, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge